IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD A. WILLIAMS O/B/O
CEDRIC WARREN,

    Petitioner,

v.
                                                   Case No.  5D23-1172
                                                   LT Case No. 2001-34902-CFAES
                                                   ==CORRECTED==

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed May 19, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Donald A. Williams, Lake City, pro se.
Cedric Warren, Lake City, pro se.

No Appearance for Respondent.


PER CURIAM.

    The petition is dismissed with prejudice.  *See Durocher v. Singletary*,

623 So. 2d 482 (Fla. 1993); *Pancoast v. Crews*, 128 So. 3d 815 (Fla. 1st

DCA 2013).

In accordance with *State v. Spencer*, 751 So. 2d 47 (Fla.1999), Cedric Warren is hereby barred from filing any pleading or permitting anybody to file any pleading on his behalf in this Court in any action, case, or matter, unless signed by a member of the Florida Bar. Mr. Warren has repeatedly filed frivolous pleadings and has been *Spencer* banned previously in the underlying Volusia County Circuit Court Case No. 2001-34902-CFAES. By permitting Donald A. Williams, who is not a member of the Florida Bar, to file on his behalf, Mr. Warren has violated this Court's previous *Spencer* ban order. The Clerk of this Court is directed not to accept any filings from or on behalf of Cedric Warren except those signed and filed by a member of the Florida Bar. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of the Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").

It is further ordered that the Clerk of our Court forward a copy of this opinion to the Department of Corrections for appropriate action.

PETITION DISMISSED WITH PREJUDICE; PETITIONER SANCTIONED.

EDWARDS, HARRIS and SOUD, JJ., concur.